1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329),
2  sgibson@jmbm.com
   NATHANIEL DANG (Bar No. 296757),
3  ndang@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
4  Los Angeles, California 90067-4308
   Telephone:  (310) 203-8080
5  Facsimile:   (310) 203-0567

6  Attorneys for Defendants and
   Counterclaimants
7  DETEKNIX INC. and
   MAO QUAN DENG

8

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13 | FIRST TEXAS PRODUCTS, LLC, and | CASE NO.  2:16-cv-06508-R
   | FIRST TEXAS PRODUCTS
14 | CORPORATION,                   |
                                    | **COUNTERCLAIMS OF
15 |         Plaintiffs,            | DEFENDANTS AND
                                    | COUNTERCLAIMANTS DETEKNIX
16 |   v.                           | INC. AND MAO QUAN DENG**

17 | DETEKNIX INC., and MAO QUAN    | Complaint filed:   August 30, 2016
   | DENG,
18 |                                | Court Order on Defendants' Motion to
   |         Defendants.            | Dismiss entered:   December 12, 2016
19

20 | DETEKNIX INC., and MAO QUAN DENG,
21
   |         Counterclaimants,
22
   |   v.
23
   | FIRST TEXAS PRODUCTS, LLC, and
24 | FIRST TEXAS PRODUCTS
   | CORPORATION,
25
   |         Counterclaim-Defendants.
26

27          ///

28

Defendants and counterclaimants Deteknix, Inc., ("Deteknix") and Mao Quan Deng ("Deng") (collectively, "Defendants" or "Counterclaimants"), by their counsel, for their Counterclaims to the Complaint dated August 30, 2016 (the "Complaint") of plaintiffs and counterclaim-defendants First Texas Products, LLC, and First Texas Products Corporation (collectively, "Plaintiffs" or "Counterclaim-Defendants"), hereby state as follows:

## COUNTERCLAIMANTS' COUNTERCLAIMS

Counterclaimants assert the below-listed counterclaims against Counterclaim-Defendants. Counterclaimants reserve the right to amend their counterclaims to add additional counterclaims, consistent with the facts discovered in the case.

## THE PARTIES

1. Deteknix is a corporation organized and existing under the laws of the State of California with a principal place of business in Covina, California.

2. Deng is an individual currently residing in the State of California.

3. Upon information and belief based solely on Paragraphs 1-2 of the Complaint, Counterclaim-Defendant First Texas Products, LLC is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business in El Paso, Texas.

4. Upon information and belief based solely on Paragraphs 1-2 of the Complaint, Counterclaim-Defendant First Texas Products Corporation is a corporation organized and existing under the laws of the State of Delaware with a principal place of business in El Paso, Texas.

## JURISDICTION AND VENUE

5. Counterclaimants incorporate by reference their allegations in paragraphs 1–4 above.

6. This counterclaim is based upon the copyright infringement claim asserted in the Complaint. This Court has subject matter jurisdiction under the

PRINTED ON
RECYCLED PAPER
LA 13817863v1

1 copyright and related laws of the United States, including, without limitation,
2 28 U.S.C. §§ 1331 and 1338 and 17 U.S.C. §§ 101 *et seq.*, 301 *et seq.*, and 501 *et seq.*
3 Counterclaimants seek declaratory judgment of non-infringement of copyright as to
4 Counterclaim-Defendants and recovery of their attorneys' fees.

5     7.     Counterclaim-Defendants have consented to the personal jurisdiction of
6 this Court by at least commencing their action for copyright infringement in this
7 district, as set forth in their Complaint.

8     8.     Based solely on Counterclaim-Defendants' filing of this action, venue is
9 proper in this District under United States Code, Title 28, including, without
10 limitation, 28 U.S.C. §§ 1391 and 1400.

## COUNT 1

(Declaration of Non-Infringement of Copyright against all Counterclaim-Defendants)

13     9.     Counterclaimants incorporate by reference their allegations in
14 Paragraphs 1-8 above, as though set forth fully herein.

15     10.     This is an action for declaratory judgment of non-infringement of
16 copyright against Counterclaim-Defendants, who have sued Counterclaimants by way
17 of the Complaint. Counterclaim-Defendants have alleged that Counterclaimants have
18 infringed Counterclaim-Defendants' alleged copyrights for software of its metal
19 detectors.

20     11.     An actual, immediate, and justiciable controversy exists within the
21 jurisdiction of this Court under 28 U.S.C. §1338 as to Counterclaimants' contention
22 that they do not infringe Counterclaim-Defendants' alleged copyrights.

23     12.     Counterclaimants are entitled to a declaration from this Court that
24 Counterclaimants have not committed copyright infringement as to any copyright
25 purportedly owned by Counterclaim-Defendants.

26     13.     Such a declaration is necessary and appropriate at this time so that the
27 parties may ascertain their rights under United States copyright law.

28

PRINTED ON
RECYCLED PAPER
LA 13817863v1

## PRAYER FOR RELIEF

WHEREFORE, Counterclaimants respectfully request that the Court:

a. Declare that Counterclaimants have not infringed any of Counterclaim-Defendants' copyright rights;

b. Enter judgment in favor of Counterclaimants on their Counterclaims;

c. Award Counterclaimants their attorney's fees and costs incurred in defending the claims asserted in the Complaint; and

d. Grant to Counterclaimants such other and further relief as this Court deems just and proper.

## JURY DEMAND

Defendants and Counterclaimants hereby demands trial by jury on all issues.

DATED: December 27, 2016     JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
NATHANIEL DANG


By: /s/ Nathaniel Dang
NATHANIEL DANG
Attorneys for Defendants and Counterclaimants
Deteknix Inc. and Mao Ouan Deng

PRINTED ON RECYCLED PAPER
LA 13817863v1

- 4 -