JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST TEXAS PRODUCTS, LLC; and FIRST TEXAS PRODUCTS CORPORATION,<br><br>       Plaintiffs,<br><br>  v.<br><br>DETEKNIX INC.; and MAO QUAN DENG,<br><br>       Defendants. | Case No. 2:16-cv-06508-R-GJS<br><br>Hon. Manuel L. Real<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>[Stipulation of Dismissal filed concurrently herewith] |

Pursuant to the Stipulation of Dismissal of the Parties, it is HEREBY ORDERED that:

    (i)    Plaintiffs' causes of action against Mao Quan Deng are hereby dismissed with prejudice;

    (ii)    Defendants' causes of action against Plaintiffs are hereby dismissed with prejudice; and

    (iii)    The Parties to bear their own costs and expenses.

DATED: June 28, 2017

                            Hon. Manuel L. Real
                            U.S. DISTRICT COURT JUDGE

US.113006326.01